UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21793-CIV-GARBER

LINDA FAY JOHNSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Petition for Attorney's Fees [DE 32]. Plaintiff requests payment of fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,857.92. Defendant does not object to payment of the fees directly to Plaintiff's counsel as assignee. *See* [DE 33]. Accordingly, it is hereby

ORDERED that Plaintiff's Petition for Attorney's Fees is GRANTED, and the total amount of $3,857.92, based upon 22.2 hours of necessary legal services at 173.78 per hour, is a reasonable fee.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of May, 2010.

                                                          _____
                                                          BARRY L. GARBER
                                                          UNITED STATES MAGISTRATE JUDGE